# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EDWARD R. REYNOLDS,

    Plaintiff,

v.                                                CASE NO. 4:09cv39-RH/WCS

SGT. GARY GRIFFIN, et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO WITHDRAW

The plaintiff Edward Reynolds' attorney Cory Person has filed an apparently unopposed motion for leave to withdraw. The motion gives no indication of whether Mr. Reynolds intends to proceed *pro se* (that is, to represent himself) or intends to retain a new attorney. Upon consideration,

IT IS ORDERED:

1. Mr. Person's motion for leave to withdraw (document 65) is GRANTED effective upon the filing of a notice listing Mr. Reynolds's telephone number.

2. If Mr. Reynolds wishes to be represented by an attorney, he must cause the attorney to file an appearance by December 21, 2009.

3. Until an attorney appears for Mr. Reynolds, he will be deemed to be proceeding *pro se*, that is, representing himself.

4. A party may file by January 4, 2010, a motion to amend the schedule established by this order.  Unless a timely motion is filed and granted, the case will go forward on the schedule established by this order.  A motion filed by a new attorney for Mr. Reynolds, asserting either a need for time to prepare or scheduling conflicts, likely will be granted.

5. This paragraph sets the schedule that will apply if Mr. Reynolds will be represented in this case by an attorney, that is, if an attorney appears for Mr. Reynolds by December 21, 2009.  The deadline for the attorney conference required by the Order for Pretrial Conference docketed October 22, 2009 (document 64) will be January 11, 2010.  The deadline for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference will be January 19, 2010.

6. This paragraph sets the schedule that will apply if Mr. Reynolds will represent himself, that is, if an attorney does not appear for Mr. Reynolds by December 21, 2009.  The Order for Pretrial Conference docketed October 22, 2009 (document 64) will be vacated.  No attorney conference will be required.  Each party will be required to file by January 11, 2010, a list of witnesses and a list of exhibits.  The party must mail a copy of the lists to the adverse party by January

11, 2010.  No witness will be allowed to testify, and no exhibit will be admitted into evidence, unless included on a list properly filed and mailed to the adverse party.  This requirement applies to all witnesses and exhibits, including those offered only in rebuttal or for impeachment.  A party must provide the adverse party (but must not file) any witness's address and a copy of any exhibit within 14 days after the adverse party so requests.

    7.  The clerk must reschedule the pretrial conference for January 22, 2010, at 11:00 a.m.

    8.  The trial is rescheduled for the two-week trial period that begins on Monday, February 1, 2010.

    9.  The clerk must provide a copy of this order to Mr. Reynolds himself by mail (at the address shown in the motion for leave to withdraw) and to the attorneys through the court's electronic filing system.

    SO ORDERED on November 7, 2009.

                                         s/Robert L. Hinkle
                                         United States District Judge