UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD R REYNOLDS

  VS             CASE NO.  4:09cv39-RH/WCS

SGT. GARY GRIFFIN, et al.,

## JUDGMENT

"The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

            WILLIAM M. McCOOL, CLERK OF COURT

| January 29, 2010 | s/ David L Thomas |
|---|---|
| DATE | Deputy Clerk: David Thomas |